On the facts found by the Court of Appeal there is no error of law in the judgment complained of.

262 So.2d 42

**STATE of Louisiana ex rel. William BERSCH**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52429.

May 25, 1972.

Considering the evidence adduced at the hearing in the trial court, the ruling is correct.

262 So.2d 43

**PARISH OF EAST BATON ROUGE**

v.

**Elmira Harelson HARRISON et al.**

No. 52448.

May 25, 1972.

On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.